No. 1085, Misc. GATES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1089, Misc. WILSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Mitchell A. Kramer* for petitioner.

No. 1090, Misc. SALCIDO v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 1091, Misc. DEARINGER ET UX. v. WASHINGTON. Sup. Ct. Wash. ` Certiorari denied. *Joseph D. Mladinov* for respondent.

No. 1093, Misc. DEJARNETTE v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1096, Misc. WEST v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1098, Misc. TAYLOR v. ALABAMA. Sup. Ct. Ala. Certiorari denied. *Fred Blanton, Jr.,* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark* and *Walter S. Turner,* Assistant Attorneys General, for respondent.

No. 1103, Misc. MADISON v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.